## ANTHONY BEELIN AND HENRY C. BOSLER, TRADING UNDER THE FIRM OF BEELIN & BOSLER, *versus* THOMAS ROWLAND

JOURNAL ENTRIES (1822–24): *Journal 3:* (1) Time for filing declaration extended *p. 356; (2) jury impaneled *p. 431; (3) witnesses sworn, evidence heard *p. 431; (4) disagreement reported, jury discharged *p. 434; (5) referred *p. 500; (6) motion to withdraw files granted *p. 505; (7) rule for judgment on award *p. 511.

PAPERS IN FILE: (1) Precipe for habeas corpus; (2) writ of habeas corpus and return; (3) recognizance and bail piece; (4) declaration and plea of non assumpsit; (5) precipe for subpoena; (6) subpoena; (7) report of disagreement of jury; (8) sheriff's bill of fees; (9) precipe for subpoena; (10) subpoena; (11) stipulation for reference; (12) testimony of William Woodbridge and James Abbott, and memo. by John R. Williams of reasons for holding defendant not liable; (13) award of referees; (14) promissory note.

*1822–23 Calendar*, MS p. 9. Recorded in *Book B*, MS pp. 366–72.